ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEBRA B. SWARZMAN,<br>Defendant. | Case No. 1:26-po-00190-SAB<br>[AS TO Citation #E1463650 CA/74 ONLY]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Joshua B. Banister, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00190-SAB [as to Citation #E1463650 CA/74 ONLY] against DEBRA B. SWARZMAN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 14, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Brendan D. Daly*
BRENDAN D. DALY
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00190-SAB [as to Citation # E1463650 CA/74 ONLY] against DEBRA B. SWARZMAN is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge